## Case No. 6,388.

### HENTZ et al. v. The IDAHO.

[The case reported under above title in 14 Int. Rev. Rec. 134, is the same as Case No. 6,-997.]